IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVIN D. ROBERTSON,

    Plaintiff,                    No. CIV S-07-1905 LKK GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

By order filed March 4, 2008, plaintiff was ordered to show cause, within twenty days, why his action should not be dismissed for failure to serve. Fed. R. Civ. P. 4(m). The twenty day period has now expired, and plaintiff has not shown cause or otherwise responded to the court's order.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1  Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2  specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3  F.2d 1153 (9th Cir. 1991).

4  DATED: 05/16/08                                    /s/ Gregory G. Hollows
5                                                    UNITED STATES MAGISTRATE JUDGE

GGH:035
6  robertson.fsc